No. 437. HINDERLIDER, STATE ENGINEER, ET AL. *v.* LA-PLATA RIVER & CHERRY CREEK DITCH Co. Appeal from the Supreme Court of Colorado. October 25, 1937. Further consideration of the question of the jurisdiction of this Court and of the motion to dismiss is postponed to the hearing of the case on the merits. The Court directs the attention of the Attorney General of the United States to this case, in which the validity of a compact between the States of Colorado and New Mexico of November 27, 1922, approved by Congress on January 29, 1925, is attacked upon the ground that the compact constitutes an unconstitutional interference with the alleged rights of the plaintiff; and the Court invites the Attorney General to submit his views upon the question whether the Act of August 24, 1937, c. 754, 50 Stat. 751, is applicable. *Messrs. Byron G. Rogers, Shrader P. Howell, Jean S. Breitenstein, Ralph L. Carr,* and *R. F. Camalier* for appellants. *Messrs. Reese McCloskey* and *Charles J. Beise* for appellee.

No. 491. REYNOLDS METALS Co. ET AL. *v.* MARTIN ET AL. Appeal from the Court of Appeals of Kentucky. Decided November 8, 1937. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Southwestern Oil Co.* v. *Texas,* 217 U. S. 114, 122, 123; *Louisville Gas Co.* v. *Coleman,* 277 U. S. 32, 40; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537; *Union Building Corp.* v. *Conway,* 299 U. S. 515. *Messrs. Charles I. Dawson* and *Edward P. Humphrey* for appellants. No appearance for appellees.